FILED
JAN 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST DIXON, :
:
       Plaintiff, :
v. : Civil Action No. **08 0080**
:
R.L. HINDMAN, :
:
       Defendant. :

## MEMORANDUM OPINION

      This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

      Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

      Plaintiff brings this action against the Director of the National Personnel Records Center for "repossession of [his] U.S. Military drafted, enlisted and U.S. Military Officer's Records." Compl. at 1. Plaintiff neither states the basis of this court's jurisdiction nor demands

any particular relief. Accordingly, the complaint will be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8(a). An Order consistent with this Memorandum Opinion is issued separately on this same date.

Ellen S Huck
United States District Judge

Date: 11/26/07