**FILED**
JAN 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST DIXON, :
:
      Plaintiff, :
v. : Civil Action No. **08 0080**
:
R.L. HINDMAN, :
:
      Defendant. :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                  /s/ Ellen S. Huvelle
                                                  United States District Judge

Date: 11/26/07